# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER M. MILLER AND HEATHER M. MILLER, | |
| Plaintiffs | NO. 1:20-CV-01175-JPW |
| v. | (JUDGE JENNIFER P. WILSON) |
| THOR MOTOR COACH, INC. AND CAMPING WORLD HOLDINGS, INC. D/B/A CAMPING WORLD RV & OUTDOORS, | JURY TRIAL DEMANDED |
| Defendants | |

## ORDER

AND NOW, on this <u>11th</u> day of <u>October</u>, 2022, upon consideration of the Uncontested Motion to Extend Fact Discovery Deadline filed on behalf of Plaintiffs and Defendants, it is HEREBY ORDERED that said Motion is GRANTED. The fact discovery deadline is extended until November 14, 2022.

s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
